# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: CARLOS F CRUZ MERCADO

Bkrtcy. No. 11-06806-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Aug 12, 2011
Days from petition date: 40
910 Days before Petition: 2/13/2009
This is debtor(s) 2nd Bankruptcy petition.
This is the ____ Scheduled Meeting
Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Meeting Date: Sep 21, 2011
Meeting Time: 11:00 AM
☐ Chapter 13 Plan Date: Aug 12, 2011 Dkt.#2  ☐ Amended.
Plan Base: $46,620.00
Confirmation Hearing Date: Nov 04, 2011  Time: 2:30 PM

DC Track No. 16

Ck/MO No. | Date | Amount
Total Paid In: $630.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: Ada Henriquez Esq.  ☐ Pro-se.

☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00  Paid Pre-Petition: $355.00  Outstanding: $2,645.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.  Liquidation Value: 0
Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
19.73% The Trustee ☒ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
Debtor is current in DSO payments
Trustee to review

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Sep 21, 2011